UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE CARREON, EVELYN CARREON,

        Plaintiffs,

    v.

SIERRA PACIFIC MORTGAGE COMPANY, INC., ONE WEST BANK dba INDYMAC, MORTGAGE REGISTRATION SYSTEM, MTC FINANCIAL, INC., dba TRUSTEE CORPS, and DOES 1 to 100, inclusive,

        Defendants.

                                        /

NO. CIV. S-09-2802 LKK/EFB

O R D E R

Defendant MTC Financial has filed a motion to dismiss all causes of action in the above-captioned matter. (Doc. No. 10) This motion was filed on November 6, 2009, and set for hearing on December 21, 2009. Pursuant to the local rules, plaintiff's opposition or statement of non-opposition was due no later than December 7, 2009. See Local Rule 230(c) (formerly Local Rule 78-230(c)). Because plaintiff has failed to oppose or otherwise respond to defendant's motion, defendant's motion to dismiss is

1

1  GRANTED.  Accordingly, the hearing currently set for December 21,
2  2009 is VACATED.  Dismissal is with prejudice, and the clerk of the
3  court is directed to close this case.
4      IT IS SO ORDERED.
5      DATED:  December 14, 2009.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2